### 7807. PATTERSON *v.* BLEASE.

LUKE, J. The petition for certiorari did not set out such a state of facts as demanded that it be sanctioned. Therefore the court did not err in refusing the sanction.

*Judgment affirmed. Wade, C. J., and George, J., concur.*
DECIDED MARCH 19, 1917.

Petition for certiorari; from Fulton superior court—Judge Hill. July 21, 1916.

*Albert Kemper,* for plaintiff. *Philip Weltner,* for defendant.

---

### 7831. NORTON *v.* LYNAH *et al.*

LUKE, J. 1. If the plaintiff's evidence establishes the case substantially as laid, although there be conflict in the testimony of the witnesses for the plaintiff, a nonsuit is not proper. *Outcault Advertising Co.* v. *American Furniture Co.,* 10 *Ga. App.* 211 (73 S. E. 20); *Wallace* v. *Southern Ry. Co.,* 10 *Ga. App.* 90 (72 S. E. 606); Civil Code (1910), § 5942. The evidence of the plaintiff in this case was sufficient to have carried the case to the jury, and the granting of a nonsuit was error.

2. There is no merit in any of the assignments of error not covered by the foregoing ruling.

*Judgment reversed. Wade, C. J., and George, J., concur.*
DECIDED MARCH 19, 1917.

Action for damages; from city court of Savannah—Judge Davis Freeman. July 18, 1916.

*Oliver & Oliver, E. S. Fuller,* for plaintiff.

*Paul E. Seabrook,* for defendants.